| | |
|---|---|
| ANDREA E. BATES, ESQ.<br>SBN 192491<br>Abates@Bates-Bates.com<br>KURT W. SCHUETTINGER, ESQ.<br>SBN 295879<br>Kschuettinger@Bates-Bates.com<br>BATES & BATES, LLC<br>1890 Marietta Blvd<br>Atlanta, Georgia 30318<br>Phone (404) 228-7439<br>Fax    (404) 963-6231<br><br>Attorneys for<br>Plaintiff GIBSON BRANDS, INC. | JOHN B. SGANGA, ESQ.<br>SBN 116211<br>john.sganga@knobbe.com<br>KNOBBE, MARTENS, OLSON &<br>BEAR, LLP<br>2040 Main Street<br>14th Floor<br>Irvine, CA 92614<br>Phone (949) 760-0404<br>Fax    (949) 760-9502<br><br><br><br>Attorneys for<br>Defendant MONOPRICE, INC. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBSON BRANDS, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>MONOPRICE, INC., a California corporation and DOES 1 through 10,<br><br>                Defendants. | Case No. EDCV14-01264-RGK (VBKx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

Before the Court is the Stipulation of Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a).  It is hereby ORDERED that the Stipulation of Dismissal with PREJUDICE is hereby GRANTED.

Dated November 14, 2014

_____
Honorable R. Gary Klausner